# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BARCLAY, | No. 4:19-CV-02054 |
| Plaintiff, | (Judge Brann) |
| v. | |
| STABLEY, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 27, 2020**

Currently pending before the Court is Plaintiff's motion to amend his complaint, to which he has attached his proposed amended complaint.[1] Federal Rule of Civil Procedure 15(a)(1) permits a plaintiff to amend the complaint as a matter of course within twenty-one days from the service of a responsive pleading. Because more than twenty-one days have elapsed since Defendants filed their answer, Plaintiff may only amend his complaint "with the opposing party's written consent or the court's leave," which should be freely given.[2]

The Court has reviewed Plaintiff's proposed amended complaint, which clearly and concisely lays out his claims for relief. Further, the Court notes that Plaintiff has filed his motion to amend prior to the deadline to amend pleadings set

---

[1] *See* ECF No. 10.
[2] *See* Fed. R. Civ. P. 15(a)(2).

1

forth in the scheduling order. **ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to amend his complaint, ECF No. 10, is **GRANTED**;

2. The Clerk of Court is directed to **DOCKET** Plaintiff's proposed amended complaint, ECF No. 10-2, as the "Amended Complaint,"

3. The deadline for discovery shall be extended to May 10, 2020; and

4. The deadline for dispositive motions shall be extended to June 10, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge