# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIK BARCLAY, | No. 4:19-CV-02054 |
| Plaintiff, | (Judge Brann) |
| v. | |
| STABLEY, *et al.*, | |
| Defendants. | |

## ORDER

**FEBRUARY 9, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' partial motion to dismiss, Doc. 14, is **DENIED**.

2. Defendants' answer to the complaint is due no later than March 2, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge